UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

DARNEL POWELL,

                              Plaintiff,

-against-

WESTBURY UNION FREE SCHOOL DISTRICT,

                              Defendant.
-----------------------------------------------------------x

Docket No.: 12 Civ. 01179
            (JS) (AKT)

**STIPULATION OF**
**DISMISSAL WITH**
**PREJUDICE**

     **IT IS HEREBY STIPULATED,** by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the claims asserted by plaintiff in the above-entitled action are hereby discontinued with prejudice as against defendant, without costs or attorneys' fees to any party as against another.

     **IT IS FURTHER AGREED** that a facsimile copy of this Stipulation shall have the same force and effect as an original.

1

**IT IS FURTHER AGREED** that this Stipulation may be immediately filed with the Clerk of the Court.

DATED: Westbury, New York
April 5, 2012

| | |
|---|---|
| THE LAW OFFICES OF<br>STEVEN A. MORELLI, P.C.<br>Attorneys for Plaintiff<br>1461 Franklin Avenue<br>Garden City, New York 11530<br>(516) 393-9151 | SOKOLOFF STERN LLP<br>Attorneys for Defendant<br>355 Post Avenue, Suite 201<br>Westbury, New York 11590<br>(516) 334-4500<br>Our File No.: 110124 |
| By: _____<br>Steven A. Morelli | By: _____<br>Adam I. Kleinberg |

SO ORDERED:

_____
U.S.D.J.